**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ANCI R. FRIAS PRADA,

Petitioner,

v.

WARDEN, *in their official capacity as Warden of FCI Lewisburg Detention Center*, et al.,

Respondents.

No. 4:26-CV-02402

(Chief Judge Brann)

**ORDER**

**AUGUST 31, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Frias Prada's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2. The Government **SHALL** either shall release Frias Prada on his own recognizance pursuant to 8 U.S.C. § 1226(a), or provide Frias Prada with an individualized bond hearing at which he may present evidence on or before Monday, September 14, 2026;

3. On or before Monday, September 21, 2026, Respondents **SHALL** file with the Court a status report that certifies compliance with this Order. The report must detail if and when the bond hearing occurred, if bond was granted or denied and, if denied, provide a detailed explanation of

the reasons for such denial (beyond simply stating that Petitioner was found to be a danger or flight risk); and

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge